## NOBLITT *v.* CARLL.

From Clackamas : ARTHUR L. FRAZER, Judge.

This was an action by Noblitt Bros. against W. E. Carll to recover for certain merchandise sold to defendant and for services performed for him at his request.   There was a counterclaim for professional services.   Defendant appealed.                                       DISMISSED.

*Messrs. Hedges & Griffith*, for appellant.

*Messrs. Dimick & Eastham*, for respondents.

Pursuant to the written stipulation of the parties the appeal was dismissed.   No opinion.        DISMISSED.

Decided 20 October, 1900.

## POT JICK *v.* MASON.

From Multnomah : ALFRED F. SEARS, JR., Judge.

This was an action by a Chinese aggregation, composed of Pot Jick, Frank Lim, and others, under the name of Wing Wah Lung Co., to recover damages from Mason & Wittenberg for a breach of a contract.   After three trials in the circuit court the defendants had judgment.

DISMISSED.

*Messrs. O'Day & Tarpley* and *Geo. H. Durham*, for appellants.

*Messrs. Michael G. Munly* and *Henry E. McGinn*, for respondents.

Pursuant to the stipulation of the parties the appeal was dismissed.   No opinion.        DISMISSED.